**STATE of Missouri, Respondent,**

v.

**James K. KINNE, Appellant.**

**No. WD 54606.**

Missouri Court of Appeals,
Western District.

Jan. 27, 1998.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen C. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, LAURA DENVIR STITH, and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

James K. Kinne appeals the circuit court's judgment denying his motion, filed pursuant to Rule 24.035, that the court set aside his

plea of guilty to first degree burglary. We affirm. Rule 84.16(b).